**ELDRIDGE HAWKINS, ESQUIRE**
**Attorney At Law**
55 Washington Street, Suite 309
East Orange, New Jersey 07017
Tel #: (973) 676-5070
Fax #: (973) 676-7356
Attorney for: Plaintiff(s)

| | |
|---|---|
| Katheryna Iwanenko<br><br>                    Plaintiff(s)<br>vs.<br><br>Irvington Township, Et Al. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**DOCKET NO: 04-3395 (~~FSH~~)**<br><br>**CIVIL ACTION**<br>**ORDER**<br><br>**ENTERING JUDGMENT** |

This matter having come before this court for trial on April 3, 4, 5, 9, 10, 11, 12, 13 and the jury having deliberated and rendered its verdict on April 13, 2007 and for good cause shown,

*It is hereby* **ORDERED** that judgment in the amount of $1,400,000 plus statutory interest from the date of July 15, 2004 in favor of Plaintiff, Katheryna Iwanenko and against the Township of Irvington and Michael Chase both jointly and severally ~~plus costs and Attorney's fees pursuant to NJSA 10:5-27.1 and~~

*It is further* **ORDERED** that the judgment is predicated upon the jury's rendering judgment as follows:

VERDICT: In favor of plaintiff, Katheryna Iwanenko as to Retaliation Discrimination and against defendants Chase and Township of Irvington; as to Gender and Race Discrimination in favor of plaintiff, Katheryna Iwanenko and against defendant Chase; as to Wrongful Discharge in favor of Plaintiff, Katheryna Iwanenko and against defendant Township of Irvington in the total amount of $1,400,000.00.

Disbursement:

Pain, Suffering, disability, Impairment and Loss of Enjoyment of Life: $100,000.00

Past Medical Expenses: $1,000.00

Future Medical Expenses: $39,000.00

Past Lost Wages: $4,000.00

Future Lost Wages: 1,256,000.

NO CAUSE OF ACTION against defendant, Township of Irvington, as to Gender and Race Discrimination

NO CAUSE OF ACTION against defendant Chase as to Wrongful Discharge

No punitive damages were assessed.

May 14
~~April 25~~, 2007

USDJ

Costs and attorneys fees shall be subject to separate application.