SCARINCI HOLLENBECK
1100 VALLEY BROOK AVENUE
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
Telephone: (201) 896-4100
Attorneys for Defendants
Our File No. 10386.1300

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| SERGEANT KATHERYNA IWANENKO, Plaintiff, v. TOWNSHIP OF IRVINGTON and MICHAEL CHASE, in his professional and individual capacity, Defendants. | Civil Action No. 04-3395<br><br>Civil Action<br><br>WARRANT TO SATISFY JUDGMENT<br><br>**DOCUMENT FILED ELECTRONICALLY** |
|---|---|

**TO THE CLERK OF THE ABOVE COURT:**

Whereas this Court docketed a judgment on May 15, 2007 in favor of Sergeant Katheryna Iwanenko and against Township of Irvington and Michael Chase, in his professional and individual capacity, joint and severally, in the amount of $140,000,00, and appearing on this Court's docket under number 75 with respect to this action,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of this Court is hereby authorized and directed to make entry of the full and complete

satisfaction on the docket of this judgment including all attorneys fees and costs entered or due in the within matter.

```
                              VORT & MORGEN
                              Attorney for Plaintiff,
                              Sergeant Katheryna
                              Iwanenko


                         By: s/Robert Vort
                             ROBERT VORT, ESQ.
```

Dated:  8/31/09

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

```
                              VORT & MORGEN
                              Attorney for Plaintiff,
                              Sergeant Katheryna
                              Iwanenko


                         By: s/Robert Vort
                             ROBERT VORT, ESQ.
```

Dated:  8/31/09